DIANA G. DICKINSON, ESQ.
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kimberly Rogers,<br><br>          Plaintiff,<br><br>v.<br><br>Backgroundchecks.com, LLC,<br><br>          Defendant. | Case No. 2:22-cv-01102-GMN-EJY<br><br>**STIPULATION TO WITHDRAW VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff KIMBERLY ROGERS ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("BGC"), by and through their respective counsel of record, hereby stipulate and respectfully request that Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 9) be withdrawn, and that this Stipulation to Dismiss the Entire Action With Prejudice be substituted in its place.

Plaintiff's counsel inadvertently filed a notice of voluntary dismissal without prejudice. Plaintiff agreed to dismiss her claims against BGC <u>with prejudice.</u>  Accordingly, Plaintiff and BGC respectfully request an order withdrawing the Notice of Voluntary Dismissal Without Prejudice (ECF No. 9) and dismissing the entire action with prejudice.

/ / /

/ / /

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

1

Each party shall bear its own costs and fees.

Dated: June 7, 2023

Respectfully submitted,

*/s/ Michael Kind*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
*KIMBERLY ROGERS*

Dated: June 7, 2023

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: _____

June 14, 2023
_____
UNITED STATES DISTRICT JUDGE

4855-7154-4424.1 / 107811-1021

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2